NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUAN CARLOS SANCHEZ-RAMIREZ, Petitioner, v. JEFFERSON B. SESSIONS III, Attorney General, Respondent. | No. 15-73040 Agency No. A087-054-679 MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 18, 2017**

Before:    WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Juan Carlos Sanchez-Ramirez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for adjustment of status. We

have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

agency's findings of fact. *Valadez-Munoz v. Holder*, 623 F.3d 1304, 1308 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the agency's denial of adjustment of status, where Sanchez-Ramirez's testimony established that he made a false claim of United States citizenship to the California Department of Motor Vehicles to procure a driver's license and is therefore inadmissible. *See* 8 U.S.C. §§ 1182(a)(6)(C)(ii), 1255(i), 1229a(c)(2)(A); *Valadez-Munoz*, 623 F.3d at 1308-09 (use of United States birth certificate to erroneously obtain a benefit constitutes a false claim of United States citizenship); *Siewe v. Gonzales*, 480 F.3d 160, 168 (9th Cir. 2007) ("so long as there is a basis in the evidence for a challenged inference, we do not question whether a different inference was available or more likely.").

**PETITION FOR REVIEW DENIED.**